HEALD & LEBOEUF, LTD.
ATTORNEYS AT LAW

606 OLD COLONY HOUSE
58 WEYBOSSET STREET
PROVIDENCE, RHODE ISLAND 02903-2817

(401) 421-1500 • FAX (401) 331-5886
E-MAIL TWH@HEALDANDLEBOEUF.COM

THOMAS W. HEALD*†
ROGER N. LEBOEUF*
WILLIAM E. SANFORD, III*

*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN DISTRICT OF COLUMBIA

June 24, 2005

Paul P. Pytko
Paul F. Pytko
Pytko Construction Corp.
654 Eddie Dowling Highway
North Smithfield, RI 02896

RE: Rhode Island Laborers District Council v. Pytko Construction Corp.
C.A. No. 05-142T
Heald & LeBoeuf, Ltd's Motion To Withdraw

Gentlemen:

Enclosed please find a June 20, 2005 notice that we received from the Clerk with respect to our Motion To Withdraw. The Court has requested that we specifically advise you of the following:

1. If you object to our Motion To Withdraw, you must notify the Court **immediately**. The contact information for the United States District Court for the District of Rhode Island is set forth in the attached notice and is as follows:

   United States District Court for the District of Rhode Island
   One Exchange Terrace
   119 Federal Building and Courthouse
   Providence, RI 02903
   (401) 528-5100 (telephone)
   (401) 528-5112 (fax)

EXHIBIT A

2. Any failure on your part to retain substitute counsel will not delay the trial date in this case.

Sincerely,

Roger N. LeBoeuf

Enclosure

Via Fax, First Class Mail And
VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7099 3400 0005 6295 7828

6/30/05 LD to Comply

David A. DiMarzio
Clerk of Court

**_UNITED STATES DISTRICT COURT_**
**_District of Rhode Island_**

Paulette Dube
Chief Deputy Clerk

June 20, 2005

[redacted]

Counsel:

This will acknowledge receipt of your motion to withdraw as counsel for in the above case.

Before Judge Torres can act on your motion, I will need the following:

1. A certification that your clients have been notified of the pendency of this motion and that, if they object, they must notify the Court immediately. Such notification should be given by both regular mail, postage prepaid and by certified or registered mail, return receipt requested. The certification should be accompanied by the return received from the postal service.

2. An affidavit setting forth your clients' last known address and attesting to the fact that they are not in the military service of the United States as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended by the Servicemembers Civil Relief act of 2003. The affidavit should also recite that your client has been advised that any failure on their part to retain substitute counsel will not delay the trial date in this case.

3. The affidavit should also attest to the fact that you have notified all other counsel of record of your motion to withdraw.

[redacted] are re[redacted].

Very Truly Yours,

Ryan H. Jackson
Deputy Clerk
752-7210