HEALD & LEBOEUF, LTD.
ATTORNEYS AT LAW

606 OLD COLONY HOUSE
58 WEYBOSSET STREET
PROVIDENCE, RHODE ISLAND 02903-2817

(401) 421-1500 • FAX (401) 331-5886
E-MAIL TWH@HEALDANDLEBOEUF.COM

THOMAS W. HEALD*†
ROGER N. LEBOEUF*
WILLIAM E. SANFORD, III*

*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN DISTRICT OF COLUMBIA

May 27, 2005

Paul P. Pytko
Paul F. Pytko
Pytko Construction Corp.
654 Eddie Dowling Highway
North Smithfield, RI 02896

RE: Rhode Island Laborers District Council v. Pytko Construction Corp.
C.A. No. 05-142T
Heald & LeBoeuf, Ltd's Motion To Withdraw

Gentlemen:

Enclosed please find a Motion To Withdraw that we are serving upon you in accordance with the Federal Rules of Civil Procedure.

Sincerely,

Roger N. LeBoeuf

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7099 3400 0005 6295 8153

EXHIBIT A

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7099 3400 0005 6295 8153

Article Sent To:

| | |
|---|---|
| Postage | $ .60 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| **Total Postage & Fees** | $ 4.65 |

Postmark Here

Name (Please Print Clearly) (to be completed by mailer) Paul F. Pytko, Pytko Construction
Street, Apt. No.; or PO Box No. 654 Eddie Dowling Highway
City, State, ZIP+4 No. Smithfield, RI 02896

PS Form 3800, July 1999 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul F. Pytko
Pytko Construction Corp
654 Eddie Dowling Highway
North Smithfield, RI 02896

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7099 3400 0005 6295 8153

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-154