UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
MAY 3 1 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND LABORERS DISTRICT COUNCIL et. al.

v.

PYTKO CONSTRUCTION CORP.,

C.A. No. 05-142T

MOTION TO WITHDRAW

Now come Thomas W. Heald and Roger N. LeBoeuf and hereby request this Honorable Court for an Order allowing leave to withdraw in the above noted action as attorneys for Pytko Construction Corp.

In support of this motion, this court is respectfully referred to the Memorandum of Law attached hereto.

GRANTED

Ernest C. Torres
Chief, US District Judge
7/5/05

Thomas W. Heald, Reg. # 1694

Roger N. LeBoeuf, Reg. #5208
HEALD & LEBOEUF, LTD.
606 Old Colony House
58 Weybosset Street
Providence, Rhode Island 02903
(401) 421-1500 (telephone)
(401) 331-5886 (facsimile)

CERTIFICATION

I hereby certify that I have mailed a true copy of the within Motion to Peter J. Comerford, 226 South Main Street, Providence, RI 02903 this 27th day of MAY, 2005.