UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND LABORERS DISTRICT COUNCIL<br>Plaintiff,<br><br>v.<br><br>PYTKO CONSTRUCTION CO.,<br><br>Defendant | C.A. No. 05-142T |

ENTRY OF APPEARANCE

Now come Thomas W. Heald and Roger N. LeBoeuf and hereby enter their appearance in the above referenced matter as attorneys for Defendant, Pytko Construction Corp.

PYTKO CONSTRUCTION CORP.
By Its Attorneys,

Thomas W. Heald, Reg. # 1694

Roger N. LeBoeuf, Reg. #5208

HEALD & LEBOEUF, LTD.
606 Old Colony House
58 Weybosset Street
Providence, Rhode Island 02903
(401) 421-1500 (telephone)
(401) 331-5886 (facsimile)

## CERTIFICATION

I hereby certify that I have mailed a true copy of the within Affidavit upon Peter J. Comerford, Esq., 226 South Main Street, Providence, RI 02903 on this 26th day of July, 2005.