**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
OCT 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**IN RE:**

**RHODE ISLAND LABORER'S DISTRICT COUNCIL, by and through, TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND**

**VS.** **C.A. NO. 05-142T**

**PYTKO CONSTRUCTION CORP.**

**DISMISSAL STIPULATION**

All claims and counterclaims relative to the above-captioned matter are hereby dismissed with prejudice, with no interests and no costs.

| | |
|---|---|
| Plaintiff,<br>By her attorneys,<br>***COIA & LEPORE*** | Defendant,<br>By his Attorneys,<br>***Heald & LeBoeuf, Ltd.*** |
| Peter J. Comerford, # 3588<br>226 South Main Street<br>Providence, RI 02903<br>(401) 751-5522 | Roger N. LeBoeuf<br>606 Old Colony House<br>58 Weybosset Street<br>Providence, RI 02903<br>(401) 421-1500 |

Dated: October 11 2005

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge

DATE: 10/17/05

# CERTIFICATE OF SERVICE

TO: Roger N. LeBoeuf, Esq.
Heald & LeBoeuf, Ltd.
606 Old Colony House
58 Weybosset Street
Providence, RI 02903-2817

I hereby certify that on the 12 day of October, 2005, I mailed a true and correct copy of the foregoing Dismissal Stipulation, via First Class Mail, postage prepaid to the above –named counsel of record.

mlcamara
Mary Lou Camara