**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

IN RE:

RHODE ISLAND LABORER'S DISTRICT COUNCIL, by and through, TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND

v. C.A. NO. 05-142T

PYTKO CONSTRUCTION CORP.

**DISMISSAL STIPULATION**

By agreement of the parties, the within matter is dismissed.

Plaintiff,
By Its Attorneys,

Peter J. Comerford, #3588
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903

Defendant,
By Its Attorneys,

Roger N. LeBoeuf, Esquire
Heald & LeBoeuf, Ltd.
606 Old Colony House
58 Weybosset Street
Providence, RI 02903-2817